864

No. 140, Misc. WILSON v. LOUISIANA. Supreme Court of Louisiana. Certiorari granted. *Henry P. Viering* for petitioner.

No. 245. TODD CO., INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied. *Justin J. Doyle* for petitioner. *Solicitor General Perlman, David P. Findling, Mozart G. Ratner* and *Marcel Mallet-Prevost* for respondent.

No. 250. TEMPLE OF LIGHT, A MICHIGAN ECCLESIASTICAL CORPORATION, ET AL. v. BOSTON EDISON PROTECTIVE ASSOCIATION ET AL. Supreme Court of Michigan. Certiorari denied. *Edward N. Barnard* for petitioners. *Henry R. Bishop* for respondents.

No. 255. WARD v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *Earl Boyd Pierce* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Felicia H. Dubrovsky* for the United States.

No. 264. STOPPELLI v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Jacob W. Friedman* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Felicia H. Dubrovsky* for the United States.

No. 275. BROWN v. EASTERN STATES CORP. ET AL. C. A. 4th Cir. Certiorari denied. *David I. Shivitz* and *Edmund B. Hennefeld* for petitioner. *Horace R. Lamb* for respondents.